UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
FRUTERA AGROSAN EXPORT S.A., :
:
                Plaintiff, :
:
      - against - :    24-CV-2643 (VSB) (JW)
:
:
MSC MEDITERRANEAN SHIPPING :
COMPANY SA, et al., :
:
                Defendants. :
:
------------------------------------------------------------X
:
C.H. ROBINSON COMPANY INC., :
:
                Plaintiff, :
:
      - against - :    24-CV-2649 (VSB) (JW)
:
:
MSC MEDITERRANEAN SHIPPING :
COMPANY SA, et al., :
:
                Defendants. :
:
------------------------------------------------------------X
:
DOLE S.A., :
:
                Plaintiff, :
:
      - against - :    24-CV-2651 (VSB) (JW)
:
:
MSC MEDITERRANEAN SHIPPING :
COMPANY SA, et al., :
:
                Defendants. :
:
:

```
----------------------------------------------------------X
                                                          :
C.H. ROBINSON COMPANY INC.,                               :
                                                          :
                              Plaintiff,                  :
                                                          :
        - against -                                       :
                                                          :
                                                          :    24-CV-2653 (VSB) (JW)
MSC MEDITERRANEAN SHIPPING                                :
COMPANY SA, et al.,                                       :
                                                          :
                              Defendants.                 :
                                                          :
                                                          :
                                                          :
----------------------------------------------------------X
                                                          :
ARCOTRADING, LTDA,                                        :
                                                          :
                              Plaintiff,                  :
                                                          :
        - against -                                       :    24-CV-2672 (VSB) (JW)
                                                          :
                                                          :
MSC MEDITERRANEAN SHIPPING                                :
COMPANY SA, et al.,                                       :
                                                          :
                              Defendants.                 :
----------------------------------------------------------X
```

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the Parties' amended proposed case management plan and their request to hold a discovery conference sometime in March 2025. Dkt. No. 80. The proposed amended case management plan is **ADOPTED**.

However, the Parties' request for a March discovery conference is **DENIED**. The Parties are ordered to meet and confer and file a joint letter by **March 24, 2025.** The joint letter shall provide the Court with an update on the status of discovery and inform the Court of any discovery disputes. If discovery disputes exist, the joint letter

shall also include whether the Parties are seeking a discovery conference on those disputes.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 77, 80.**

SO ORDERED.

DATED:   New York, New York
         March 3, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge