UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

C.H. ROBINSON COMPANY, INC.,

        Plaintiff,

    - against –

MSC MEDITERRANEAN SHIPPING
COMPANY S.A., et al.

        Defendants.

———————————————————————————X

24 Civ. 02649 (VSB)

**ORDER AND STIPULATION
OF DISCONTINUANCE**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter, including all claims and cross-claims, be and hereby is discontinued with prejudice and without costs to any parties.

Dated: New York, New York
      January 20, 2026
      731-09

CASEY & BARNETT LLC
Attorneys for Plaintiff,
C.H. ROBINSON COMPANY, INC.

By: *Martin F. Casey*
    Martin F. Casey
    305 Broadway, Suite 1202
    New York, NY 10007
    (212) 286-0225

DILWORTH PAXSON LLP
Attorneys for Gloucester Terminals LLC
and Holt Logistics

By: *John Higson* by MFC, pursuant to authority
    John Higson, Esq.
    99 Park Avenue, Suite 320
    New York, NY 10016
    (917) 675-4252

MONTGOMERY MCCRACKEN
WALKER & RHOAD LLP
Attorneys for MSC Mediterranean
Shipping Company S.A.,

By:

_Edward P Flood_    *by MFC pursuant to authority*

Edward P. Flood, Esq.
437 Madison Ave, 24th Floor
New York, NY 10022
(212) 599-5085


SO ORDERED:

_Vernon Broderus_

United States District Judge

Date: January 21, 2026